AOQ, INC., Petitioner,

v.

**WOODFORD MANUFACTURING COMPANY, Respondent.**

No. 89SC76.

Supreme Court of Colorado,
En Banc.

Sept. 20, 1990.

ORDER OF COURT

Upon consideration of the Record on Appeal, together with the Written and Oral arguments of counsel, and being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari be, and hereby is, DENIED as having been improvidently granted.